No. 84–1538. FISHER ET AL. *v.* CITY OF BERKELEY, CALIFOR-NIA, ET AL. Sup. Ct. Cal. [Probable jurisdiction noted, 471 U. S. 1124.] Motion of appellants for divided argument to permit California Apartment Association to present oral argument as *amicus curiae* denied.

No. 84–1554. SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS *v.* CARRIER. C. A. 4th Cir. [Certiorari granted, 473 U. S. 903.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion for appointment of counsel granted, and it is ordered that Sherman Louis Cohn, Esquire, of Washington, D. C., be appointed to serve as counsel for respondent in this case.

No. 84–1731. LORAIN JOURNAL CO. ET AL. *v.* MILKOVICH. Sup. Ct. Ohio. Motion of Ohio Newspaper Association for leave to file a brief as *amicus curiae* granted.

No. 84–1750. BALLAM *v.* UNITED STATES. C. A. 4th Cir. The Solicitor General is requested to state the views of the United States with respect to the jurisdiction of the Court of Appeals to hear the appeal in this case. See the views of the United States stated in its petition for certiorari to review *United States* v. *Squillacote*, 747 F. 2d 432 (CA7 1984), cert. denied, 471 U. S. 1016 (1985).

No. 84–6470. DAVIDSON *v.* CANNON ET AL. C. A. 3d Cir. [Certiorari granted, 471 U. S. 1134.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–82. BUILDING & CONSTRUCTION TRADES COUNCIL OF PHILADELPHIA AND VICINITY ET AL. *v.* ALTEMOSE CONSTRUCTION CO. ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 85–273. FLORIDA *v.* ROSS. Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.